**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALEXSAM, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:13cv2 |
| BEST BUY STORES L.P., | ) |
|     Defendant. | ) |

| | |
|---|---|
| ALEXSAM, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:13cv3 |
| BARNES & NOBLE, INC. AND BARNES & | ) |
| NOBLE MARKETING SERVICES, LLC, | ) |
|     Defendant. | ) |

| | |
|---|---|
| ALEXSAM, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:13cv4 |
| THE GAP INC. AND DIRECT CONSUMER | ) |
| SERVICES, LLC, | ) |
|     Defendant. | ) |

| | |
|---|---|
| ALEXSAM, INC., | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:13cv5 |
| J.C. PENNEY COMPANY, INC. AND J.C. PENNEY | ) |
| CORPORATION, | ) |
|     Defendant. | ) |

ALEXSAM, INC.,                                        )
     Plaintiff,                                     )
                                       )
v.                                                    )
                                       )   No. 2:13cv6
McDONALD'S CORPORATION AND P2W, INC.                  )
NFP,                                                  )
     Defendant.                                     )

---

ALEXSAM, INC.,                                        )
     Plaintiff,                                     )
                                         )
v.                                                    )
                                       )   No. 2:13cv7
TOYS "R" US – DELAWARE, INC. AND TRU-                 )
SVC, LLC,                                             )
     Defendant.                                     )

---

ALEXSAM, INC.,                                        )
     Plaintiff,                                     )
                                         )
v.                                                    )
                                       )   No. 2:13cv8
THE HOME DEPOT, U.S.A., INC. AND HOME                 )
DEPOT INCENTIVES, INC.,                               )
     Defendant.                                     )
                                         )

Before the Court is Alexsam's Motion For Order Relating To Trial Scheduling Pursuant To Federal Rule Of Civil Procedure 16.  Having considered the Motion, it is GRANTED.

The Court will first conduct a consolidated trial on the issues of validity and enforceability to consist of three days or less, the results of which would be binding on all parties.  This trial would be followed (if necessary) by separate trials on infringement and damages as to each Defendant.

2